IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| C. WHITE MARINE, INC. | : | |
| Plaintiff, | : | Case No.: 1:13-cv-475 (Beckwith, J.; and Litkovitz, M.J.) |
| v. | : | |
| CONTECH CONSTRUCTION PRODUCTS, INC. n/k/a CONTECH ENGINEERED SOLUTIONS, LLC | : | **ENTRY GRANTING STAY** |
| Defendant. | : | |
| | : | |

Upon Joint Motion of the parties, and for good cause shown, all matters in this lawsuit shall be stayed pending mediation, until January 8, 2014. The parties shall comply with the Preliminary Pretrial Conference Order (Doc. 8) by February 8, 2014, rather than October 15, 2013.

**IT IS SO ORDERED.**

DATE: 10/11/13

Hon. Karen L. Litkovitz
United States Magistrate Judge

Copies to:
James J. Englert (0051217)
Christen M. Steimle (0086592)


1153186.1 – 12783.1